RECEIVED
SEP 1 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
SEP 1 3 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

Order

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| BYRON KEITH ROMERO | * | CIVIL ACTION NO. CVC03-1339 |
| VERSUS | * | JUDGE DOHERTY |
| SUPERIOR WIRELINE, d/b/a SUPERIOR ENERGY SERVICES, INC. and EXXON MOBIL CORPORATION | * | MAGISTRATE JUDGE HILL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## VOLUNTARY MOTION AND ORDER FOR FINAL DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes claimant, Byron Keith Romero, who suggests to this Honorable Court that claimant desires to dismiss this action, with prejudice, in its entirety, with each party to bear its own respective costs.

CONSIDERING THE FOREGOING MOTION,

IT IS HEREBY ORDERED that the suit filed by claimant, Byron Keith Romero, against defendants, Houma Industries, a Division of LOR, Inc., Superior Wireline, Superior Energy Services, Inc., Chevron, Exxon Mobil Corporation, and Seacor Marine, LLC, formerly Seacor Marine, Inc., be and the same is hereby dismissed in its entirety, with prejudice, with each party to bear its own respective costs.

Lafayette, ~~Shreveport~~, Louisiana this 13 day of Sept, 2006.

_____
JUDGE

Respectfully submitted,

_____
Bob Broussard, Esq. (#1267)
A Professional Law Corporation
400 E. Kaliste Saloom Road, Suite 8200
Lafayette, LA 70598-0827
Telephone: 337-232-3333
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

(✓) Hand Delivery      ( ) Prepaid U.S. Mail
( ) Facsimile      ( ) Federal Express

Lafayette, Louisiana this 12 day of September, 2006.

_____

-2-